# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

### No. 201800092

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### STEPHEN R. MOORE
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, 1st Marine Logistics
Group, Camp Pendleton, California.
Staff Judge Advocate's Recommendation: Major Michael J. McDonald,
USMC.
For Appellant:  Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 21 August 2018

———————————————

Before WOODARD, JONES, and KOVAC, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court